# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**RICHARD DELGADO CRUZ,**

    **Plaintiff,**

v.                                          **Case No. 5:20-cv-248-TKW-MJF**

**SECRETARY INCH, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 17) and Plaintiff's objection (Doc. 19).  The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Plaintiff's amended complaint fails to state a plausible deliberate indifference claim under 42 U.S.C. §1983 against any of the Defendants.  This does not mean that Plaintiff lacks a judicial remedy because, to the extent that the named defendants (or others) were negligent in allowing Plaintiff's CT scan to "fall through the cracks," he can seek relief in state court.

    Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE AND ORDERED** this 2nd day of August, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**